# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AREA RENO HOTEL, LLC, | |
| Plaintiff, | Case No. 2:11-CV-00617-KJD-CWH |
| v. | **ORDER** |
| VAMSIKRISHNA P. BONTHALA, *et al.*, | |
| Defendants. | |

Before the Court is the Motion to Dismiss for Lack of Subject Matter Jurisdiction of Defendants Vamsikrishna P. Bonthala, Sheenal C. Patel, and Krishnakant Sangani (#11). This Motion was filed on June 30, 2011. The parties sought three extensions (## 13, 15, 16). As per the Court's August 17, 2011 Order (#17), an opposition to this Motion was due on August 29, 2011. No response has been filed. Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion."

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (#11) is **GRANTED**.

DATED this 2nd day of September 2011.

Kent J. Dawson
United States District Judge